[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 6, 2011
JOHN LEY
CLERK

_____

No. 10-12547

_____

D.C. Docket No. 1:09-cv-02405-TCB

10950 RETAIL, LLC,
d.b.a. Love Shack,

Plaintiff-Appellant,

versus

CITY OF JOHNS CREEK, GEORGIA,
SAM BISHOP,
both individually and in his official capacity
as Senior Planner of the City of Johns Creek
Community Development,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(June 6, 2011)

Before HULL and BLACK, Circuit Judges, and Huck,[*] District Judge.

PER CURIAM:

After oral argument and review of the briefs and record, we conclude that Plaintiff-Appellant 10950 Retail, LLC d/b/a Love Shack ("Love Shack") has demonstrated no reversible error in the district court's rulings. Specifically, we find no error in either (1) the district court's dismissal of Love Shack's Complaint pursuant to its order of April 28, 2010, or in (2) the district court's order of August 20, 2010, denying Love Shack's motion for leave to amend and file a first amended complaint and also denying in part and granting in part Love Shack's motion for reconsideration and clarification. We affirm both orders.

**AFFIRMED.**

---

[*]Honorable Paul C. Huck, United States District Judge for the Southern District of Florida, sitting by designation.